
FILED

OCT 28 2016

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLOYD NICKLE,<br><br>Defendant. | CR 13–23–BU–DWM<br><br>FINAL FORFEITURE<br>ORDER |

WHEREAS, in the second superseding information in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 18 U.S.C. § 853, as property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations;

1

AND WHEREAS, on July 21, 2016, the Defendant entered a plea of guilty to Count I of the Second Superseding Information on file herein which charged conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1). Moreover, pursuant to the plea agreement, the Defendant admitted that forfeiture is appropriate and consented to the entry of a preliminary and final order of forfeiture deemed appropriate by the United States regarding the property described below;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of that property more specifically described below, pursuant to 18 U.S.C. § 853; and Rule 32.2 (b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, a Preliminary Order of Forfeiture was issued by this Court on August 4, 2014. (Doc. 128.) Pursuant to that Preliminary Order of Forfeiture, the United States was authorized and ordered to seize the below-described personal property, and it was ordered forfeited to the United States for disposition in accordance with law;

The personal property in question is specifically described as follows:[1]

---

[1] Discussion during the change of plea hearing on July 21, 2016, and the sentencing hearing on October 28, 2016, indicate that the diamond ring and the 2003 Harley Davidson were sold prior to this case being brought, and the proceeds of those sales may be part of the

2

- Approximately $29,461.52 in United States currency
- One Diamond Ring with a silver-colored metal ring band; appraised value of approximately $12,000.00;
- 2003 Harley Davidson, Vehicle Identification Number: IHDICGP483K442710;
- 2007 Ford Explorer Sport Trac, Vehicle Identification Number: IFMEU53897UA16026;
- Glock Model 23 Handgun, Serial Number PL T944.

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said property, pursuant to 18 U.S.C. § 853, and the Defendant does not object;

AND WHEREAS, the United States noticed its intent to publish notice of the defendant's forfeiture on the official government internet website (www.forfeiture.gov) for at least 30 consecutive days, and the Court not having been advised of any claims or petitions having been filed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the right, title, and interest to all of the above-described property is hereby condemned, forfeited, and vested in the United States of America for disposition according to law. 28 U.S.C. § 982(b)(1); 21 U.S.C. § 853. The Clerk is hereby directed to

---

$29,461.52. The Defendant does not object to the forfeiture as alleged in the Second Superseding Information, however, so those items are included in this Final Order of Forfeiture.

send copies of this Order to all counsel of record; the defendant; and three certified copies to the United States.

Dated this 21st day of October, 2016.

Donald W. Molloy, District Judge
United States District Court